**Order entered July 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

## THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to conduct a hearing to determine if the reporter's record is complete. The trial court has held the hearing and filed requested findings of fact.

In relevant part, the trial court found (1) the record is incomplete because it does not contain the exhibits admitted on September 21, 2017 or transcripts of thirty-two video clips played for the jury; (2) neither omission was the parties' fault; (3) the exhibits are not lost or destroyed; and, (4) the parties have stipulated to the contents of the video clips and "the location in the reporter's record where those video clips were played." Attached to the trial court's findings is the parties' stipulation which reflects the affected volumes of the record are volumes 10, 12-15, 17-18, and 20. The parties' stipulation is also included in the reporter's record of the hearing.

We **ADOPT** the trial court's findings.  As to the exhibits admitted September 21, 2017, we note that since the trial court's hearing, the court reporter has filed those exhibits.  As to the video clips, we **STRIKE** volumes 10, 12-15, 17-18, and 20 of the reporter's record and **ORDER** court reporter Jackie Galindo to file corrected volumes incorporating into each of those volumes the contents of the video clips as identified by the parties in their stipulation.  The corrected volumes shall be filed no later than August 12, 2019, and appellant's opening brief shall be filed within thirty days of the filing of the corrected record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Galindo and the parties.


/s/      KEN MOLBERG
JUSTICE